U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 1 1 2009

ROBERT H. SHEWELL, CLERK
BY _____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **VICTOR L. DURDEN** | **CIVIL ACTION NO. 5:06CV277** |
| **VERSUS** | **JUDGE STAGG** |
| **WARDEN, LSP** | **MAGISTRATE JUDGE HORNSBY** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

X     The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___     The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at ___Shreveport___, Louisiana, this __11th__ Day of __March__, 2009.

Tom Stagg
UNITED STATES DISTRICT JUDGE